

FILED
CLERK, U.S. DISTRICT COURT
April 19, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO RUBIO, an individual; on behalf of himself and all others similarly situated and aggrieved,<br><br>Plaintiff,<br><br>vs.<br><br>CSC SERVICEWORKS, INC., a Florida Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02873-SB-GJS<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [DKT. NO. 22]** |

The Court, having considered the proposed Settlement Agreement (the "Settlement Agreement") and the Exhibits attached thereto (hereafter collectively, the "Notice Packet"); having considered the Unopposed Motion for Preliminary Approval of Class Action Settlement filed by Plaintiff; having considered the respective points and authorities and declarations submitted by Class Counsel in support thereof; and good cause appearing, HEREBY ORDERS THE FOLLOWING:

The Court grants preliminary approval of the settlement as set forth in the Settlement Agreement and finds the terms to be within the range of reasonableness of a settlement that ultimately could be granted approval by the Court at the Final Fairness Hearing. For purposes of the settlement, the Court finds that the proposed settlement class is ascertainable and that there is a sufficiently well-defined community of interest among the Class in questions of law and fact. Therefore, for settlement purposes only, the Court grants conditional certification of the following "Settlement Class" defined as "all current and former hourly, non-exempt employees who have worked in California for CSC ServiceWorks, Inc. at any time during the period beginning four years prior to the filing of this Complaint, i.e. February 7, 2016 through September 30, 2020."

1. For purposes of the settlement, the Court further designates Plaintiff Ricardo Rubio as Class Representative and the law firm Shegerian & Associates, Inc. as Class Counsel.

2. The Court confirms ILYM Group, Inc. as the Settlement Administrator.

3. A final fairness hearing on the question of whether the proposed settlement should be finally approved as fair, reasonable and adequate as to the members of the Settlement Class is scheduled in Courtroom 6C of this Court, located at 350 W. First Street, 6th Floor, Los Angeles, California 90012, on August 27, 2021 at 8:30 a.m.

4. At the final fairness hearing, the Court will consider: (1) whether the settlement should be approved as fair, reasonable, and adequate for the class; (2) whether a judgment granting approval of the settlement should be entered; and (3) whether Class Counsel's application for awards should be granted for (a) attorneys' fees to Class

Counsel, (b) reimbursement of litigation costs to Class Counsel, (c) Enhancement Payment to Plaintiff, and (d) settlement administration costs to the Settlement Administrator.

5. Class Counsel shall file a motion and memoranda for final approval and awards of attorneys' fees, reimbursement of litigation expenses, Class Representative's Enhancement Payment, and the Settlement Administrator's Declaration of Compliance concurrently with all supporting declarations, and other statements and materials in support of their request for final approval and awards no later than July 30, 2021 at 5 p.m.

6. The Court approves, as to form and content, the Notice of Class Action Settlement and Estimated Individual Settlement filed in this action in conjunction with the Unopposed Motion for Preliminary Approval.

7. Defendant shall furnish the Class List to the Settlement Administrator by or before April 26, 2021.

8. The Settlement Administrator shall mail Notice Packets by the Notice Date, which shall be no later than ten (10) business days after the date of this Order. Accordingly, the Settlement Administrator shall mail Notice Packets no later than May 10, 2021.

9. The Class Notice shall provide Class Members at least thirty (30) calendar days from the Notice Date to dispute their number of Qualifying Work Weeks credited, to opt out of the settlement, and to object to the settlement ("the Objection/Exclusion Deadline Date"). The Objection/Exclusion Deadline Date shall be thirty (30) calendar days after the date the Notice Packet is first mailed (or first re-mailed) by the Settlement Administrator to the Class Member. Accordingly, the Objection/Exclusion Deadline Date for all Class Members to postmark Requests for Exclusion, disputes of Qualifying Work Weeks, and Objections is June 9, 2021.

10. The Court finds that the forms of notice to the Settlement Class regarding the pendency of the action and of this settlement and the methods of giving notice to members of the Settlement Class, constitute the best notice practicable under the circumstances and constitute valid, due, and sufficient notice to all members of the Settlement Class. The Court finds that the Settlement Class satisfies each of the requirements of Federal Rule of

Civil Procedure 23(a).  First, The Settlement Class is sufficiently numerous, with 375 ascertainable members.  Second, Plaintiff's individual claims satisfy the commonality and typicality requirements because the other class members' claims challenge the same policies and procedures.  Finally, Plaintiff and his attorneys adequately represent the Settlement Class:  there are not apparent conflicts of interest, and Plaintiff's counsel are experienced class action litigators.

11. For similar reasons, the Court finds that the Settlement Class meets Rule 23(b)(3)'s predominance and superiority standard.  The Court is satisfied that the core common questions in this case—the lawfulness of Defendant's policies and practices—predominate over the any differences regarding the individual implementation of those policies.  While some questions may affect only individual members, a class action appears to be the best way to resolve this dispute.

12. The Court further approves the procedures for Class Members to participate in, opt out of, or object to the Settlement, as set forth in the Settlement Agreement and Notice Packet.

13. To validly opt out of the settlement, a Class Member must submit a signed written Request for Exclusion, which must be mailed to the Settlement Administrator on or before June 9, 2021—the Objection/Exclusion Deadline Date. To be valid, the Request for Exclusion must be both timely and complete. To be complete, the Request for Exclusion must: (1) contain the name, address, telephone number and the last four digits of the Social Security number and/or the Employee ID number of the person requesting exclusion, (2) be signed by the Settlement Class Member; (3) be postmarked by the Response Deadline and returned to the Settlement Administrator at the specified address; and (4) describe the Settlement Class Member's intent to request exclusion, opt out, or words to that effect. To be timely, the Request for Exclusion must (a) be mailed to the Settlement Administrator and (b) postmarked no later than the Objection/Exclusion Deadline. The date of the postmark on the return mailing envelope shall be the exclusive means used to determine whether a Request for Exclusion has been timely submitted.

14.     To validly object to the Settlement Agreement, an objecting Class Member must mail a copy of the objection to the Settlement Administrator by First-Class U.S. Mail no later than thirty (30) calendar days after the date the Notice Packet is first mailed by the Settlement Administrator to that Class Member, unless the Class Member's Notice Packet was re-mailed, in which case the objection must be postmarked on or before 15 days after the initial 45-day period. The date of delivery of the written objection is deemed to be the date the objection is deposited in the U.S. mail, postage prepaid, as evidenced by the postmark. Upon receipt of a Class Member's written objection, valid or otherwise, the Settlement Administrator shall promptly mail a copy of the Class Member's written objection to Class Counsel and to Defense Counsel. The Notice of Objection must be signed by the Settlement Class Member and state: (1) the full name, address, and telephone number of the Settlement Class Member; (2) the last four digits of the Settlement Class Member's Social Security number and/or the Employee ID number; (3) the basis for the objection; and (4) whether he/she intends to appear at the final approval hearing. Unless otherwise ordered by the Court, Class Members shall not be entitled to speak at the Final Approval Hearing unless they have submitted a timely written objection that gives notice of his or her intention to appear pursuant to this Section. Class Members who have properly and timely submitted objections may appear at the Final Approval Hearing, either in person or through a lawyer retained at their own expense. Any Class Member who participates in the settlement but who fails to submit timely written objections in the manner specified above will be deemed to have waived any objection and will be foreclosed from making any objection (whether by appeal or otherwise) to the Settlement.

15.     The procedures and requirements for filing objections in connection with the Fairness Hearing are intended to ensure the efficient administration of justice and the orderly presentation of Class Members' objections to the Settlement Agreement, in accordance with the due process rights of all Class Members.

16.     Pending the Fairness Hearing, all proceedings in this action, other than proceedings necessary to carry out or enforce the terms and conditions of the Settlement

-5-
ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Agreement and this Order, are stayed.

17. Counsel for the Parties are hereby authorized to utilize all reasonable procedures in connection with the administration of the settlement which are not materially inconsistent with either this Order or the terms of the Settlement Agreement.

18. To facilitate administration of the Settlement pending final approval, the Court hereby enjoins all Class Members from filing or prosecuting any claims, suits, or administrative proceedings regarding claims released by the Settlement unless and until such Class Members have submitted valid Requests for Exclusion with the Settlement Administrator and the time for submitting rescissions of valid Requests for Exclusion with the Settlement Administrator has elapsed.

19. The Court orders the following Implementation Schedule for further proceedings:

| Event | Deadline (Timing) |
|---|---|
| Deadline for Defendant to supply Class List to ILYM | April 26, 2021 [7 calendar days from grant of preliminary approval] |
| Deadline for ILYM to Mail Notice Packets to the Class ("Notice Date") | May 10, 2021 [10 business days from receipt of Class List] |
| Deadline for Class Members to postmark Requests for Exclusion, Objections, and Disputes of Qualifying Work Weeks ("Response Deadline") | June 9, 2021 [30 calendar days from Notice Date, i.e., date Notice Packets are mailed] |
| Extended Deadline for Class Members with re-mailed Notice Packets to postmark Requests for Exclusion, Objections, and Disputes of Qualifying Work Weeks ("Extended Response Deadline") | June 24, 2021 [15 calendar days from initial 30-day Response Deadline] |
| Deadline ILYM must provide Defendant an accounting of all payments and awards payable from the Gross Settlement Amount | July 9, 2021 [30 calendar days from Response Deadline] |
| Deadline ILYM must provide Defendant with list of Settlement Class Members who submitted valid Requests for Exclusion | July 15, 2021 [21 calendar days from Extended Response Deadline] |

| Deadline ILYM must provide Declaration to Class Counsel regarding compliance with settlement administration procedures and costs | July 20, 2021 [10 days prior to deadline for Class Counsel to file Motion for Final Approval] |
|---|---|
| Deadline Class Counsel must file (1) Responses to Class Members' Objections, if any, and (2) Motion for Final Approval; Awards of Attorneys' Fees, Request for Reimbursement of Costs; Class Representative's Enhancement Payment; and Settlement Administrator's Costs | July 30, 2021 |
| Fairness Hearing and Final Approval | August 27, 2021 at 8:30 a.m |

20. The Fairness Hearing and related prior deadlines set forth above may, from time to time and without further notice to the Settlement Class (except those who have filed timely and valid objections), be continued or adjourned by Order of the Court.

**IT IS SO ORDERED.**

Dated: April 19, 2021



Honorable Stanley Blumenfeld
Judge of the United States District Court
for the Central District of California