JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-02873-SB-GJS | Date: | 8/30/2021 |
|---|---|---|---|

| Title: | *Ricardo Rubio v. CSC ServiceWorks, Inc., et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] HEARING ON APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND COSTS; JUDGMENT

The Court's hearing on the motion for final approval of the settlement was held and the motion granted. The Court hereby enters **JUDGMENT** for Plaintiff and the Class Members in accordance with the terms of the motion, and this order is a final and appealable order.

The parties shall implement the Settlement according to its terms. The Court reserves exclusive and continuing jurisdiction over the Action, Plaintiffs, the Class Members, and CSC for purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement and this Judgment.

**IT IS SO ORDERED**.